# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Jackie Edward Taylor, Jr.     Docket No. 7:08-CR-30-1FL

## Petition for Action on Supervised Release

COMES NOW Robert K. Britt, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jackie Taylor, who, upon an earlier plea of guilty to Trafficking, Producing, and Possessing a Modified Telecommunication Device in violation of 18 U.S.C. §§ 1029(a)(7) and 1029(c), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on May 12, 2009, to the custody of the Bureau of Prisons for a term of 28 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate in a program of mental health treatment as directed by the probation office.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall participate in a vocational training program as directed by the probation office.

4. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Jackie Taylor was released from custody on September 2, 2011, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 14, 2013, Mr. Taylor was charged in Robeson County, North Carolina, with Driving While License Revoked (13CR3636). This constitutes the second charge of Driving While License Revoked that Mr. Taylor has received since his release. Mr. Taylor admits to driving without a valid license but contends that it was necessary to prevent his in-laws from fighting at his house. Based on this, it is believed that a sanction of 2 days in jail would be appropriate to address this violation. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, commencing as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

    Except as herein modified, the judgment shall remain in full force and effect.

    I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert K. Britt
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: September 24, 2013

## ORDER OF COURT

Considered and ordered this  26th  day of  September , 2013, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge